Case 1:25-cv-10005-JGK    Document 12-1    Filed 12/09/25    Page 1 of 1

## NITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### CASE NO.:  1:25-cv-10005

| | |
|---|---|
| ROLLER RABBIT LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHEIN dba DREAM ENJOYMENT PJ, MARIRA MARKET, HOREA MARKETPLACE, DREAMSPUN, XSHENG SHOP, SHEIN dba MYSTILOVE, SHEIN dba HOREA, SHEIN dba ELLAA, SUGARPLUM DREAMS, XSHENG MARKETPLACE, HOREA SHOP, CAFFARIA, SNUG KIDS, YVJVXPMDU, and XUANLYIS, <br><br> Defendants. | |

## [proposed] ORDER GRANTING MOTION FOR EXTENSION OF WORD LIMITS

For good cause shown, Plaintiff's Motion to Exceed Word Limit is granted. The word limit for Plaintiff's Application for Temporary Restraining Order and an order restraining transfer of assets, and upon expiration of the Temporary Restraining Order, a preliminary injunction against Defendants, is hereby enlarged to 11,696 words. These limits are exclusive of caption pages, table of contents and authorities, signature blocks, certificates of service, appendices, and proposed orders.

**DONE AND ORDERED** in _New York_, New York, this _9_ day of _December,_ 2025.

3 50 P.M.

_____

HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE