UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROLLER RABBIT LLC,

                    Plaintiff,                    25-cv-10005 (JGK)

          - against -                             ORDER

SHEIN, ET AL.,
                    Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiff advised that it intends to withdraw its motion for a preliminary injunction against the Shein defendants opposing the motion for a preliminary injunction. ECF No. 30. Therefore, the plaintiff does not need to provide the Court with paper copies of the motion and the opposition of the Shein defendants opposing the motion.

However, the Court notes that the plaintiff has not yet provided evidence of service on all the defendants.


SO ORDERED.
Dated:    New York, New York
          January 5, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge