# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### CASE NO.: 1:25-cv-10005

ROLLER RABBIT LLC,

    Plaintiff,

v.

SHEIN dba Dream Enjoyment PJ, et al.,

    Defendants.

---

## [proposed] ORDER OF DISMISSAL OF DEFENDANT MARIRA MARKET WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [40], filed on __1/13/26__ Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the Defendant Marira Market.

**DONE AND ORDERED** in Chambers at New York, NY, this _14_ day of _January 2026_, 2026.

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE