## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### CASE NO.: 1:25-cv-10005

ROLLER RABBIT LLC,

        Plaintiff,

v.

SHEIN dba Dream Enjoyment PJ, et al.,

        Defendants.

## [proposed] ORDER OF DISMISSAL AS TO DEFENDANTS XSHENG MARKETPLACE AND SNUG KIDS WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [4̸9̸], filed on February 2, 2026. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the Defendants XSHENG Marketplace and Snug Kids.

**DONE AND ORDERED** in Chambers at New York, NY, this **3** day of *February* 2026.

_____

HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE