**Rachel I. Kaminetzky**
Associate Attorney

# SR ip Law

Direct: 646-517-3609
rachel.kaminetzky@sriplaw.com

March 11, 2026

*The 3/17/26 conference
is adjourned to 5/14/26 at
4:30 P.M.
So ordered.*

*3/12/26    J. G. Koeltl
U.S.D.J.*

**VIA ECF:**

Honorable John G. Koeltl
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:     Roller Rabbit LLC v. SHEIN dba Dream Enjoyment PJ, et al.
        **Case Number: NYSD 1:25-cv-10005**
        **Our File Number: 30550**

### JOINT LETTER REGARDING ADJOURNMENT OF PRE-TRIAL CONFERENCE

Dear Judge Koeltl,

Plaintiff Roller Rabbit, and Defendant Shein Distribution Corporation (sued in this action as SHEIN dba DREAM ENJOYMENT PJ, SHEIN dba MYSTILOVE, SHEIN dba HOREA, and SHEIN dba ELLAA) ("Shein"), by and through undersigned counsel, write to respectfully request that the Initial Pre Trial Conference currently scheduled for March 17, 2026, at 3:00pm be adjourned until a date after the April 26, 2026 deadline for Shein to respond to the Complaint.

Good cause exists for this request. Shein waived service on February 25, 2026, giving a deadline to respond to the Complaint up to and including April 26, 2026. (ECF No. 54). Adjourning the Initial Pretrial Conference until after that date will, among other things, give the parties an opportunity to consider their respective claims and defenses and the discovery needed for them (as informed by Shein's answer or response), and meet and confer to develop a case management plan and proposed scheduling order in advance of the conference, as contemplated by Fed. R. Civ. P. 26(f).

Sincerely,

RACHEL I. KAMINETZKY
New York Bar Number: 6030647
rachel.kaminetzky@sriplaw.com

/s/
JUSTIN A. MACLEAN
New York Bar Number: 4719704
justin.maclean@gtlaw.com

March 11, 2026
Page 2

SRIPLAW, P.A.
41 Madison Avenue
25th Floor
New York, NY 10010
646.517.3609 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff*

Greenberg Traurig, LLP.
One Vanderbilt Avenue
New York, NY 10017
212.801.9200 – Telephone

*Counsel for Defendant Shein Distribution
Corporation*