## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### CASE NO.: 1:25-cv-10005

ROLLER RABBIT LLC,

                     Plaintiff,

v.

SHEIN dba DREAM ENJOYMENT PJ,  *et al.*,

                 Defendants.

### NOTICE OF MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS HOREA SHOP, CAFFARIA, AND XUANLYIS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

PLEASE TAKE NOTICE that Plaintiff ROLLER RABBIT LLC, pursuant to Federal Rule of Civil Procedure 4(f)(3), and upon the accompanying memorandum of law; proposed order; the Declaration of Joel B. Rothman executed on June 2, 2026; and accompanying exhibits, Plaintiff moves this Court for an order authorizing alternate service of process on Defendants HOREA SHOP, CAFFARIA, and XUANLYIS.

Dated:  June 2, 2026

*Motion granted. So ordered.*

*[signature] GKoeltl*
*U.S.D.J.*
*6/5/26.*

Respectfully submitted,

*/s/ Rachel I. Kaminetzky*
RACHEL I. KAMINETZKY
New York Bar Number: 6030647
rachel.kaminetzky@sriplaw.com
JOEL B. ROTHMAN
New York Bar Number: 2459576
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
41 Madison Avenue, 25th Floor
New York, NY 10010
646.517.3609 – Telephone
561.404.4353 – Facsimile

*Counsel for Roller Rabbit LLC*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ NEW YORK ◆ TENNESSEE ◆ NEW YORK ◆ INDIANA ◆ TEXAS