UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLLER RABBIT LLC,

               Plaintiff,

      -v-

SHEIN DBA DREAM ENJOYMENT PJ, ET AL.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2026__

**ORDER**

25-CV-10005 (JGK)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated June 15, 2026, this case was referred to the undersigned for settlement. ECF No. 75.

A conference is scheduled on **June 25, 2026** at **10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 735 848 698#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: June 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1