UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROLLER RABBIT LLC,

     Plaintiff,

  - against -

SHEIN dba DREAM ENJOYMENT PJ,
ET AL.,

     Defendants.

---

           25-cv-10005 (JGK)

           <u>Order</u>

**John G. Koeltl, District Judge:**

The plaintiff, Roller Rabbit LLC ("Roller Rabbit") moves for reconsideration of the Court's order granting Jianyin Liu's ("Mr. Liu") motion to withdraw as counsel of record for defendant CAFFARIA (ECF No. 77). <u>See</u> ECF No. 78. To prevail on a motion for reconsideration, the movant must show "an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." <u>Doe v. N.Y.C. Dep't of Soc. Servs.</u>, 709 F.2d 782, 789 (2d Cir. 1983).

On June 13, 2026, Mr. Liu filed a motion to withdraw as counsel of record for defendant CAFFARIA. <u>See</u> ECF No. 74. In his motion, Liu represented that CAFFARIA had not properly been served. ECF No. 74, at 2. The Court granted the motion to withdraw on June 15, 2026. ECF No. 77.

As Roller Rabbit points out, Mr. Liu's representation that CAFFARIA had not been served was incorrect. On June 5, 2026, the Court granted Roller Rabbit's motion for an order authorizing alternative service by email on CAFFARIA, ECF No. 71, and on June 8, 2026, Roller Rabbit filed proof of

service on the docket showing that it had served CAFFARIA by email that day. See ECF No. 72; see also ECF No. 78-1.

Because the Court relied on Mr. Liu's erroneous representation in deciding the withdrawal motion, Roller Rabbit's motion for reconsideration is **granted**. The order granting Mr. Liu's motion to withdraw as counsel of record for CAFFARIA (ECF No. 77) is **vacated** without prejudice to a subsequent application.

Roller Rabbit is directed to promptly serve a copy of this order on Mr. Liu and to file proof of service on the docket. Mr. Liu is directed to serve a copy of this order on CAFFARIA.

**SO ORDERED.**

Dated:    New York, New York
          June 17, 2026

                                          _____
                                          John G. Koeltl
                                          **United States District Judge**

2