UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLLER RABBIT LLC,

Plaintiff,

- against -

SHEIN DBA DREAM ENJOYMENT PJ, ET AL.,

Defendants.

25-cv-10005 (JGK)

Order

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendants CAFFARIA, Horea Shop, and XUANLYIS to answer the complaint was **June 29, 2026**. That date has passed, and no answers have been filed.

The time for defendants CAFFARIA, Horea Shop, and XUANLYIS to answer or respond to the complaint is extended until **July 28, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff shall serve a copy of this Order on defendants CAFFARIA, Horea Shop, and XUANLYIS and file proof of service on the docket by **July 17, 2026.**

SO ORDERED.

Dated: New York, New York
July 14, 2026

John G. Koeltl
United States District Judge