USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLLER RABBIT LLC,

Plaintiff,

-v-

SHEIN DBA DREAM ENJOYMENT PJ, ET AL.,

Defendants.

**ORDER**

25-CV-10005 (JGK)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on July 17, 2026. A further telephone conference to discuss settlement procedures and scheduling a future settlement conference is scheduled on **August 5, 2026** at **11:30 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 439 522 793#).

As discussed during today's call, Plaintiff is to un-redact location information from the materials produced by **July 21, 2026**. Additionally, Plaintiff shall confer with the client as to whether it can provide documents addressing causation as to lost sales and to advise SHEIN of its position by **July 31, 2026**.

**SO ORDERED.**

Dated: July 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge