**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ROLLER RABBIT LLC,**

**Plaintiff,**

**- against -**

**SHEIN dba DREAM ENJOYMENT PJ, ET AL.,**

**Defendants.**

---

**25-cv-10005 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

Jianyin Liu ("Mr. Liu") has filed a motion to withdraw from representation of defendant CAFFARIA. ECF No. 82. As discussed at the telephone conference held today, Mr. Liu should serve a copy of this Order and the motion to withdraw upon CAFFARIA and file proof of service on the docket by **July 23, 2026**. CAFFARIA (and any other party) may respond to the motion by **August 7, 2026**. Mr. Liu may file any reply by **August 11, 2026**.

CAFFARIA is advised that a corporation may not appear in a lawsuit against it except through an attorney. See Grace v. Bank Leumi Tr. Co. of N.Y., 443 F.3d 180, 192 (2d Cir. 2006). Therefore, if the motion to withdraw is granted, CAFFARIA will have **21 days** to appear by new counsel or risk a default judgment being entered against it.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 21, 2026**

**John G. Koeltl**
**United States District Judge**