**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ROLLER RABBIT LLC,**

**Plaintiff,**

**- against -**

**SHEIN d/b/a DREAM ENJOYMENT PJ, ET AL.,**

**Defendants.**

**25-cv-10005 (JGK)**

**Order**

---

**John G. Koeltl, District Judge:**

The plaintiff is requested to provide a status report by **September 8, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**September 2, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**