UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLLER RABBIT LLC,

Plaintiff,

- against -

SHEIN DBA DREAM ENJOYMENT PJ ET AL.,

Defendants.

25-cv-10005 (JGK)

Order

**John G. Koeltl, District Judge:**

The time for the defendants CAFFARIA and XUANLYIS to respond to the motion for a default judgment is **October 16, 2026**. The time to reply is **October 26, 2026**.

The plaintiff shall serve the motion and this Order on the defendants by **October 5, 2026** and file proof of service by **October 7, 2026.**

SO ORDERED.

Dated: New York, New York
October 1, 2026

John G. Koeltl
United States District Judge